AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stamp (Jr.), Frederick P. | 2. Court or Organization<br><br>USDC/Northern West Virginia | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>P.O. Box 791<br>Wheeling, WV 26003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee-Emeritus | The Linsly School, Incorporated |
| 2. Trustee-Emeritus | University of Richmond |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 P 2:59 FINANCIAL DISCLOSURE OFFICE

Stamp Jr_Frederick_P

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. 2008 | Self-Employed Jewelry Manufacturing |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Automatic Data Processing | D | Dividend | M | T | | | | | |
| 2. JP Morgan Chase & Co | E | Dividend | O | T | Sold (part) | 4/7 | L | F | |
| 3. | | | | | Sold (part) | 6/5 | L | F | |
| 4. JP Morgan Chase & Co - Transferred PART to A/C 9 | | | | | Transferred (to line 345) | 12/18 | K | | |
| 5. Bristol Myers Squibb Co. | E | Dividend | O | T | Sold (part) | 4/7 | K | E | |
| 6. | | | | | Sold (part) | 6/5 | K | E | |
| 7. | | | | | Donated (part) | | | | |
| 8. Burlington Northern Santa Fe | A | Dividend | K | T | Buy | 1/8 | K | | |
| 9. Coca-Cola Co | E | Dividend | O | T | Sold (part) | 4/7 | K | E | |
| 10. | | | | | Sold (part) | 6/5 | K | E | |
| 11. Dicks Sporting Goods Inc | | None | | | Sold | 7/16 | K | | |
| 12. Dow Chemical Co | D | Dividend | K | T | | | | | |
| 13. Exxon Mobil Corp Com | D | Dividend | N | T | | | | | |
| 14. General Electric | E | Dividend | M | T | | | | | |
| 15. Google Inc | | None | L | T | Buy | 6/10 | M | | |
| 16. Hazlett, Burt & Watson, Inc. | | None | N | T | | | | | |
| 17. Intel Corp | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kansas City Southern | | None | K | T | Buy | 1/3 | K | | |
| 19. Wyeth | E | Dividend | O | T | | | | | |
| 20. Zimmer Holdings | | None | M | T | | | | | |
| 21. Century Properties V LP | D | Rent | K | W | | | | | |
| 22. Century Properties VI LP | D | Rent | K | W | | | | | |
| 23. Century Properties X LP | D | Rent | M | W | | | | | |
| 24. Century Properties XI LP | C | Rent | M | W | | | | | |
| 25. Century Properties XII LP | A | Rent | L | W | | | | | |
| 26. Century Properties XIV LP | A | Rent | L | W | | | | | |
| 27. Century Properties XV LP | A | Rent | M | W | Buy | 1/24 | L | | |
| 28. Century Properties XVI LP | A | Rent | M | W | Buy | 1/24 | L | | |
| 29. 1990 Fed L Tax Credit Partners | A | Interest | J | W | | | | | |
| 30. Beckley WV Park Rev 5.5% due 6/15/2010 | B | Interest | K | T | Sold (part) | 6/15 | J | | |
| 31. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | L | T | | | | | |
| 32. Raleigh Cnty WV Bldg Comm 3.6% due 12/1/10 | B | Interest | L | T | | | | | |
| 33. Barbour Co WV BD Ed 5% due 6/1/08 | B | Interest | | | Matured | 6/1 | K | | |
| 34. Parkersburg WV Waterworks & SW 3.2% due 8/1/09 | B | Interest | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   WV ST RD 4.25% Due 6/1/10 | B | Interest | K | T | | | | | |
| 36.   WV Econ Dev 4.15% Due 7/15/11 | B | Interest | K | T | | | | | |
| 37.   WV Econ Dev 4.7% Due 11/1/12 | B | Interest | K | T | | | | | |
| 38.   WV St Hsg 4.9% due 11/1/14 | C | Interest | L | T | | | | | |
| 39.   MFS WV Muni Bond Fund | D | Interest | M | T | | | | | |
| 40.   FHLM 3% due 4/1/11 | B | Interest | L | T | Buy | 4/11 | L | | |
| 41.   FNMA 4% due 10/10/12 | C | Interest | L | T | Buy | 4/11 | L | | |
| 42.   FHLB 3.75% due 4/3/13 | C | Interest | L | T | Buy | 4/11 | L | | |
| 43.   Prime Fund Capital Reserves "C" | C | Interest | M | T | | | | | |
| 44.   Prime Fund Capital Reserves "B" | C | Interest | M | T | | | | | |
| 45.   Air Products & Chemicals Inc | D | Dividend | N | T | | | | | |
| 46.   Allergan Inc | A | Dividend | L | T | | | | | |
| 47.   Ameren Corp | D | Dividend | L | T | Buy | 11/17 | L | | |
| 48.   Apple Computer Inc | | None | K | T | | | | | |
| 49.   Automatic Data Processing Inc | D | Dividend | M | T | | | | | |
| 50.   CR Bard Inc | A | Dividend | L | T | | | | | |
| 51.   Bank of America Corp | D | Dividend | | | Sold | 7/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Broadridge Financial Solutions LLC | A | Dividend | | | Sold | 5/15 | K | E | |
| 53. Caterpillar | C | Dividend | L | T | Buy | 11/17 | L | | |
| 54. Citadel Broadcasting Corp | | None | | | Sold | 5/15 | J | A | |
| 55. Citigroup Inc | C | Dividend | | | Sold | 7/16 | K | | |
| 56. Corning Inc | A | Dividend | | | Sold | 11/17 | K | | |
| 57. Walt Disney Co | B | Dividend | M | T | | | | | |
| 58. WV Infrastruct 1996 ser 5.5% due 11/1/2008 | D | Interest | | | Matured | 11/3 | L | | |
| 59. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 60. Factset Research Systems Inc | A | Dividend | | | Sold | 11/17 | K | | |
| 61. General Electric Co | D | Dividend | L | T | | | | | |
| 62. Genzyme Corp | | None | L | T | | | | | |
| 63. Home Depot | D | Dividend | M | T | | | | | |
| 64. Ishares MSCI Brazil Index | B | Dividend | | | Sold | 11/17 | K | | |
| 65. Ishares MSCI EMU Index Fund | B | Dividend | K | T | | | | | |
| 66. Ishares Inc MSCI Pacific EX Japan Index | B | Dividend | L | T | | | | | |
| 67. Ishares Ind MSCI Japan Index Fund | A | Dividend | K | T | | | | | |
| 68. Ishares TR Future Issues China | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares-TR MSCI Emerging Market Index Fund | C | Dividend | L | T | | | | | |
| 70. Ishares Tr S&P Latin America 40 | A | Dividend | K | T | | | | | |
| 71. Microsoft | D | Dividend | N | T | | | | | |
| 72. Moody's Corporation | B | Dividend | L | T | | | | | |
| 73. Morgan Stanley | B | Dividend | | | Sold | 7/16 | L | | |
| 74. NYSE Euronext | C | Dividend | L | T | Buy | 11/17 | L | | |
| 75. Paychex Inc | C | Dividend | M | T | | | | | |
| 76. Pepsico | D | Dividend | N | T | | | | | |
| 77. Pet Smart Inc | A | Dividend | L | T | | ⌐. | | | |
| 78. Pinnacle West Cap CP | C | Dividend | L | T | Buy | 11/17 | L | | |
| 79. Potash Corp Sask Inc | A | Dividend | L | T | Buy | 11/17 | L | | |
| 80. Proctor & Gamble Co. | D | Dividend | M | T | | | | | |
| 81. Roper Industries Inc | C | Dividend | N | T | | | | | |
| 82. Schlumberger Ltd | C | Dividend | M | T | | | | | |
| 83. Varian Med Sys Inc | | None | M | T | | | | | |
| 84. VISA Inc Com | A | Dividend | L | T | Buy | 7/16 | L | | |
| 85. Walgreen Company | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Yum Brands Inc Com | C | Dividend | M | T | | | | | |
| 87. Alliance Bernstein Int'l Value | A | Dividend | | | Sold | 11/17 | K | | |
| 88. Alliance Bernstein Int'l Growth | A | Dividend | | | Sold | 11/17 | K | | |
| 89. Chase Bank accounts | C | Interest | M | T | | | | | |
| 90. WesBanco Bank Accounts | A | Interest | J | T | | | | | |
| 91. FT Henry Club Stock | | None | J | T | | | | | |
| 92. General Mills | A | Dividend | J | T | | | | | |
| 93. WesBanco | A | Dividend | J | T | | | | | |
| 94. ████████████ | A | Rent | N | W | | | | | |
| 95. Riverview Assoc. | C | Rent | K | W | | | | | |
| 96. IRA #1 (Security National) | E | Dividend | O | T | | | | | |
| 97. Assets of IRA #1 listed as aggregate amount: | | | | | | | | | |
| 98. Federated Prime Obligations Fund | | | | | | | | | ` |
| 99. Amgen | | | | | | | | | |
| 100. Affiliated Computer | | | | | | | | | |
| 101. Bank of America | | | | | Sold | 7/21 | K | | |
| 102. Bank of NY Mellon | | | | | Buy | 9/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Conocophillips | | | | | Sold | 9/15 | K | | |
| 104. Colgate Palmolive | | | | | | | | | |
| 105. IBM | | | | | Buy | 9/15 | K | | |
| 106. Intel Corp | | | | | | | | | |
| 107. Johnson & Johnson | | | | | Buy | 9/15 | K | | |
| 108. BHP Billiton LTD | | | | | | | | | |
| 109. Cisco Systems Inc | | | | | | | | | |
| 110. Computer Sciences | | | | | | | | | |
| 111. Dominion Resources Inc | | | | – | | | | | |
| 112. Home Depot Inc | | | | | | | | | |
| 113. Procter & Gamble Company | | | | | | | | | |
| 114. Pepsico Inc | | | | | | | | | |
| 115. Quest Diagnostics | | | | | | | | | |
| 116. General Electric Co. | | | | | | | | | |
| 117. Kimberly Clark Corp | | | | | | | | | |
| 118. Medtronic Inc | | | | | | | | | |
| 119. Microsoft | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Omnicom Group | | | | | | | - - | | |
| 121. Schlumberger Ltd | | | | | | | | | |
| 122. Starbucks Corp | | | | | Sold | 9/15 | K | | |
| 123. AT&T Inc | | | | | | | | | |
| 124. Exxon Mobil Corp | | | | | | | | | |
| 125. Western Union | | | | | Sold | 12/26 | K | | |
| 126. Thermo Fisher | | | | | | | | | |
| 127. Masco Corp | | | | | Sold | 9/15 | K | | |
| 128. EMC Corporation | | | | | | | - - | | |
| 129. Texas Instruments | | | | | Sold | 9/15 | L | | |
| 130. United Technologies | | | | | | | | | |
| 131. Walt Disney Co | | | | | | | | | |
| 132. Trust #2 (Security National) | G | Dividend | P1 | T | | | | | |
| 133. Assets of Trust #2 listed as aggregate amount above | | | | | | | | | |
| 134. Federated Tax Free Obligations | | | | | | | | | |
| 135. Computer Sciences | | | | | | | | | |
| 136. Conocophillips | | | | | Sold | 9/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Weatherford Int'l | | | | | Sold | 12/22 | K | | |
| 155. 3M | | | | | | | | | |
| 156. Omnicom Group | | | | | | | | | |
| 157. BP PLC | | | | | | | | | |
| 158. Bank of America | | | | | Sold | 7/16 | L | | |
| 159. Chevron Corp ( formerly ChevronTexaco Corp) | | | | | | | | | |
| 160. Cisco Systems | | | | | | | | | |
| 161. Walt Disney Co | | | | | | | | | |
| 162. Weyerhaeuser Company | | | | | | | | | |
| 163. Thermo Fisher | | | | | | | | | |
| 164. Gannett Inc. | | | | | Sold | 9/10 | K | C | |
| 165. Altria Group Inc | | | | | | | | | |
| 166. Union Pacific Corp | | | | | | | | | |
| 167. United Technologies Corp | | | | | Buy | 12/26 | L | | |
| 168. Verizon Communications | | | | | | | | | |
| 169. Fairpoint Communications | | | | | Spinoff (from line 168) | 4/4 | J | | |
| 170. Fairpoint Communications | | | | | Sold | 7/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Abbott Labs | | | | | | | | | |
| 172. Air Products & Chemicals | | | | | | | | | |
| 173. AT&T | | | | | | | | | |
| 174. BHP Billiton LTD | | | | | | | | | |
| 175. Exxon Mobil Corp | | | | | | | | | |
| 176. General Mills Inc. | | | | | | | | | |
| 177. Grainger WW Inc | | | | | | | | | |
| 178. Masco | | | | | Sold | 9/10 | K | | |
| 179. Microsoft Corp Com | | | | | | | | | |
| 180. Oracle Corp Com | | | | | | | | | |
| 181. Philip Morris Intl Inc | | | | | Spinoff (from line 165) | 4/3 | M | | |
| 182. MBNA Corp | | | | | | | | | |
| 183. CVS | | | | | | | | | |
| 184. Trust #3 | G | Dividend | P1 | T | | | | | |
| 185. Assets of Trust #3 listed as aggregate amount above: | | | | | | | | | |
| 186. 3M | | | | | Sold (part) | 12/23 | K | | |
| 187. Alcoa Inc | | | | | Sold (part) | 3/20 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P.        · | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Alcoa Inc | | | | | Sold | 12/23 | J | | |
| 189. Amgen Inc | | | | | Sold | 3/20 | K | | |
| 190. Bank of America | | | | | Sold | 5/30 | K | | |
| 191. Pepsico | | | | | | | | | |
| 192. Philip Morris Int'l Inc | | | | | Spinoff (from line 193) | 3/21 | K | | |
| 193. Altria Group Inc | | | | | | | | | |
| 194. Intel Corp | | | | | | | | | |
| 195. Dell Inc. | | | | | Sold | 3/20 | L | | |
| 196. Eagle MidCap Stock Cl A (formerly Heritage Ser Tr) | | | | | Buy | 3/24 | J | | |
| 197. Time Warner | | | | | Sold | 12/23 | K | | |
| 198. Genuine Parts Co. | | | | | | | | | |
| 199. Goldman Sachs Group | | | | | Sold | 12/23 | K | | |
| 200. Anheuser Busch Cos. Inc. | | | | | Sold | 11/18 | M | G | |
| 201. Chevron Corp (formerly Chevrontexaco Corp) | | | | | | | | | |
| 202. Corning Inc | | | | | Buy | 3/20 | J | | |
| 203. Corning Inc | | | | | Sold | 12/23 | J | | |
| 204. Manning & Napier World Opportunity Ser Cl A | | | | | Buy | 12/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Marathon Oil Corp | | | | | | | | | |
| 206. Wyeth | | | | - | | | | | |
| 207. Yum Brands | | | | | | | | | |
| 208. Bristol-Myers Squibb | | | | | | | | | |
| 209. Canadian Nat'l Ry Co | | | | | | | | | |
| 210. EBAY Inc | | | | | Sold | 1/2 | K | | |
| 211. Occidental Pete Corp | | | | | | | | | |
| 212. Old Mutual Analytic US LG SH Fd | | | | | Buy | 12/24 | K | | |
| 213. Raytheon Corp | | | | | | | | | |
| 214. Roe T Price INternational Fds Inc | | | | | Sold | 12/22 | J | | |
| 215. Texas Instruments | | | | | Sold | 12/23 | J | | |
| 216. Wisconsin Energy Corp | | | | | | | | | |
| 217. Wells Fargo & Co | | | | | Sold (part) | 3/28 | J | | |
| 218. Entergy Corp New | | | | | Sold (part) | 3/20 | K | D | |
| 219. General Electric Company | | | | | | | | | |
| 220. International Business Mach Corp | | | | | | | | | |
| 221. Ishares Cohen & Steers Rlty | | | | | Buy | 12/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Ishares Tr MSCI EAFE Index Fund | | | | | Sold | 12/23 | L | | |
| 223. Ishares MSCI All CNTRY Asia Ex JP FD | | | | | Buy | 12/24 | K | | |
| 224. Ishares Tr Russell 2000 Index Fd | | | | | | | | | |
| 225. Ishares TR Russell Midcap Index Fd | | | | | Buy | 12/23 | K | | |
| 226. Archer Daniels Midland | | | | | Sold (part) | 3/20 | J | D | |
| 227. Whirlpool Corporation | | | | | Sold | 12/23 | K | E | |
| 228. BP PLC | | | | | | | | | |
| 229. Exxon Mobil Corp | | | | | Sold (part) | 12/23 | J | D | |
| 230. Johnson & Johnson | | | | | | | | | |
| 231. JPMorgan Depo Sweep Premier | | | | | Buy | 1/15 | J | | |
| 232. JPMorgan US Real Estate Fund Select | | | | | Sold (part) | 3/18 | L | | |
| 233. JPMorgan US Real Estate Fund Select | | | | | Sold | 12/19 | K | | |
| 234. JPMorgan Tr I Highbridge Stat Mkt Natural Select | | | | | Buy | 12/19 | J | | |
| 235. JPMorgan Intrepid America Fd | | | | | Buy | 12/19 | J | | |
| 236. JPMorgan Intrepid America Fd | | | | | Sold (part) | 12/19 | K | | |
| 237. JPMorgan International Value Fd | | | | | Buy | 12/19 | K | | |
| 238. JPMorgan Tax Free Money Market Premier Sweep | | | | | Buy | 1/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. JPMorgan MultiCap Mkt Neutral | | | | | Sold | 12/19 | K | | |
| 240. JPMorgan WV Muni Bond Fund Select | | | | | Buy | 3/24 | M | | |
| 241. JPMorgan WV Muni Bond Fund Select | | | | | Buy | 6/2 | K | | |
| 242. JPMorgan WV Muni Bond Fund Select | | | | | Sold (part) | 12/19 | K | | |
| 243. JPMorgan High Yield Bond Fund | | | | | Buy | 12/24 | L | | |
| 244. JPMorgan Tr I Tax Aware Real Rtn Fd | | | | | Buy | 12/23 | M | | |
| 245. Kimberly Clark Corporation | | | | | | | | | |
| 246. Kraft Foods | | | | | | | | | |
| 247. Fidelity Advisor High Inc Adv | | | | | Buy | 3/24 | J | | |
| 248. Fidelity Advisor High Inc Adv | | | | | Buy | 12/24 | L | | |
| 249. Gannett Inc. | | | | | Sold | 3/20 | K | D | |
| 250. Harbor Fd Intl Fd Instl | | | | | Buy | 3/24 | K | | |
| 251. Harbor Fd Intl Fd Instl | | | | | Sold | 12/22 | K | | |
| 252. General Mills | | | | | | | | | |
| 253. Wal-Mart Stores, Inc. | | | | | Sold | 1/7 | K | E | |
| 254. Verizon | | | | | | | | | |
| 255. Hewlett Packard Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Stamp (Jr.), Frederick P. | - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Fairpoint Communications | | | | - | Spinoff (from line 254) | 4/2 | J | | |
| 257. Fairpoint Communications | | | | | Sold (part) | 4/9 | J | | |
| 258. Fairpoint Communications | | | | | Sold | 5/30 | J | A | |
| 259. Oracle Corp | | | | | Buy | 3/20 | J | | |
| 260. Oracle Corp | | | | | Sold | 12/23 | J | | |
| 261. Microsoft Corp Com | | | | | | | | | |
| 262. Cisco Systems | | | | | | | | | |
| 263. Coca-Cola | | | | | | | | | |
| 264. Colgate Palmolive Co | | | | | | | | | |
| 265. United Parcel Service Inc Cl B | | | | | | | | | |
| 266. Trust #4 (Security National) | D | Dividend | N | T | | | | | |
| 267. Assets of Trust #4 listed as aggregate amount: | | | | | | | | | |
| 268. Federated Government Obligations Fund | | | | | | | | | |
| 269. 3M Co | | | | | | | | | |
| 270. Bank of America | | | | | Sold | 7/16 | J | | |
| 271. BP Amoco ADS | | | | | Sold (part) | 3/27 | J | | |
| 272. BHP Billiton LTD | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Duke Energy | | | | | | | | | |
| 274. Emerson Electric | | | | | | | | | |
| 275. General Electric | | | | | | | | | |
| 276. Abbott Labs | | | | | | | | | |
| 277. Computer Sciences | | | | | | | | | |
| 278. Colgate Palmolive | | | | | | | | | |
| 279. Conocophillips Com | | | | | | | | | |
| 280. IBM | | | | | | | | | |
| 281. Intel Corp | | | | | | | | | |
| 282. Kimberly Clark Corp | | | | | | | | | |
| 283. Pepsico | | | | | | | | | |
| 284. Proctor & Gamble | | | | | | | | | |
| 285. Quest Diagnostics | | | | | | | | | |
| 286. Schlumberger | | | | | | Buy | 12/26 | J | | |
| 287. United Technologies | | | | | | | | | |
| 288. Verizon Communications | | | | | | | | | |
| 289. Western Union | | | | | | Sold | 3/27 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

J

3. Value Method Codes       Q =Appraisal          R =Cost (Real Estate Only)     S =Assessment          T =Cash Market
   (See Column C2)           U =Book Value         V =Other                       W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Prime Fund Capital Reserves "A" (Formerly Reserve) Fund A | B | Interest | L | T | | | | | |
| 308. Allergan Inc | A | Dividend | L | T | | | | | |
| 309. Ameren Corp | C | Dividend | K | T | Buy | 11/20 | K | | |
| 310. Apple Computer Inc | | None | L | T | | | | | |
| 311. Bank of America Corporation | C | Dividend | | | Sold | 7/21 | K | | |
| 312. Caterpillar | B | Dividend | K | T | Buy | 11/20 | K | | |
| 313. Citigroup Inc | B | Dividend | | | Sold | 7/16 | J | | |
| 314. Coach Inc | | None | M | T | | | | | |
| 315. Corning Inc | A | Dividend | | | Sold | 11/20 | K | | |
| 316. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 317. Factset Research Systems Inc | A | Dividend | | | Sold | 11/20 | K | | |
| 318. General Electric | D | Dividend | L | T | | | | | |
| 319. Home Depot | C | Dividend | L | T | | | | | |
| 320. Ishares MSCI Brazil Index | B | Dividend | | | Sold | 11/20 | K | | |
| 321. Ishares MSCI EMU Index Fund | B | Dividend | J | T | | | | | |
| 322. Ishares Ind MSCI Japan Index | A | Dividend | J | T | | | | | |
| 323. Ishares Tr FTSE Xin Hua China | B | Dividend | K | T | Buy | 1/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. IShares TR MSCI Emerging Mkt | A | Dividend | K | T | | | | | |
| 325. IShares TR/Future Issues | A | Dividend | | | Sold | 7/21 | K | | |
| 326. Ishares Tr S&P Latin Amer 40 | A | Dividend | J | T | | | | | |
| 327. Microsoft Corp. | C | Dividend | M | T | | | | | |
| 328. Moody's Corp | A | Dividend | K | T | | | | | |
| 329. Morgan Stanley | A | Dividend | | | Sold | 7/21 | K | | |
| 330. Paychex | B | Dividend | K | T | | | | | |
| 331. Pepsico | D | Dividend | M | T | | | | | |
| 332. Pet Smart Inc | A | Dividend | K | T | | | | | |
| 333. Pinnacle West Capital Corp | B | Dividend | K | T | Buy | 11/20 | K | | |
| 334. Potash Corp Sask Inc | A | Dividend | K | T | Buy | 11/20 | K | | |
| 335. Varian Med Svc Inc | | None | L | T | | | | | |
| 336. VISA Inc Com | A | Dividend | L | T | Buy | 7/21 | L | | |
| 337. Walgreen Co | A | Dividend | J | T | | | | | |
| 338. Wyeth | A | Dividend | K | T | | | | | |
| 339. Yum Brands Inc Com | B | Dividend | L | T | | | | | |
| 340. Zimmer Holdings | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Alliance Bernstein Int'l Growth | A | Dividend | | | Sold | 11/17 | K | | |
| 342. Alliance Bernstein Int'l Value | A | Dividend | | | Sold | 11/17 | K | | |
| 343. Apple Computer Inc | | None | N | T | Sold (part) | 4/10 | K | E | |
| 344. | | | | | Sold (part) | 6/10 | K | E | |
| 345. JP Morgan Chase & Co | B | Dividend | L | T | Transferred (from line 2) | 12/18 | K | | |
| 346. Barnes & Noble Inc | B | Dividend | K | T | | | | | |
| 347. Bristol Myers Squibb | E | Dividend | N | T | Donated (part) | | | | |
| 348. Chubb Corp | C | Dividend | M | T | | | | | |
| 349. Colgate Palmolive Co | D | Dividend | O | T | Sold (part) | 4/10 | L | E | |
| 350. | | | | | Sold (part) | 6/10 | K | E | |
| 351. Franklin Resources | A | Dividend | L | T | | | | | |
| 352. Genentech | | None | L | T | | | | | |
| 353. General Electric | B | Dividend | K | T | Sold (part) | 4/10 | L | E | |
| 354. | | | | | Sold (part) | 6/10 | L | F | |
| 355. Genuine Parts Co | C | Dividend | L | T | | | | | |
| 356. Google Inc | | None | L | T | Buy | 6/15 | M | | |
| 357. HBW Inc | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Occidental Petroleum Corp | C | Dividend | M | T | | | | | |
| 359. Ingersoll Rand Co | B | Dividend | L | T | | | | | |
| 360. Panera Bread Co Cl A | | None | M | T | | | | | |
| 361. Starbucks | | None | L | T | | | | | |
| 362. Target Corp | B | Dividend | L | T | | | | | |
| 363. Tiffany & Company | A | Dividend | J | T | Buy | 3/14 | J | | |
| 364. Wachovia Corp | C | Dividend | | | Sold | 7/21 | J | | |
| 365. Wesbanco | D | Dividend | M | T | | | | | |
| 366. Whole Foods Market Inc | | None | | | Buy | 7/21 | K | | |
| 367. | | | | | Sold | 11/20 | K | | |
| 368. Whole Foods Market Inc | | None | K | T | Buy | 12/26 | K | | |
| 369. Wyeth | D | Dividend | N | T | Sold (part) | 4/10 | K | E | |
| 370. | | | | | Sold (part) | 6/10 | K | E | |
| 371. MFS WV Muni Bond Fd | C | Interest | L | T | | | | | |
| 372. Beckley WV Parking Rev 5.5% due 6/15/2010 | B | Interest | K | T | Sold (part) | 6/16 | J | | |
| 373. Monongalia Co. WV 5.95% due 4/1/2013 callable 4/1/2003 | B | Interest | K | T | | | | | |
| 374. WV Infrastruct 1996 Ser B 5.5% due 11/1/2008 | B | Interest | | | Matured | 11/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. WV Infrastruct 1996 Ser B 5.7% due 11/1 /2010 | B | Interest | K | T | | | | | |
| 376. Raleigh Cnty 3.6% due 12/1/10 | A | Interest | K | T | | | | | |
| 377. WV St Bldg Comm Lotto 5.25% due 7/1/ 2010 | C | Interest | L | T | | | | | |
| 378. Barbour Co WV Bd Ed 5% due 6/1/08 | B | Interest | | | Matured | 6/1 | K | | |
| 379. WV ST Rd 4.25% due 6/1/10 | B | Interest | K | T | | | | | |
| 380. WV Econ Dev 4.15% due 11/15/11 | B | Interest | K | T | | | | | |
| 381. WV Econ Dev 4.7% due 11/1/12 | B | Interest | K | T | | | | | |
| 382. WV ST Hsg 4.9% due 11/1/14 | B | Interest | K | T | | | | | |
| 383. Parkersburg WV Waterworks 3.2% due 8/1/ 09 | B | Interest | L | T | | | | | |
| 384. Parkersburg WV Waterworks 3.9% due 9/1/ 2012 | B | Interest | K | T | | | | | |
| 385. FHLM 3% due 4/1/11 | C | Interest | M | T | Buy | 4/14 | L | | |
| 386. FNMA 4% due 10/10/12 | C | Interest | M | T | Buy | 4/14 | L | | |
| 387. FHLB 3.75% due 4/3/13 | C | Interest | M | T | Buy | 4/14 | L | | |
| 388. 3 Com Corp | | None | | | Distributed | 1/2 | J | | |
| 389. Citadel Broadcasting Corp | | None | | | Distributed | 1/2 | J | | |
| 390. Disney, Walt Co. | A | Dividend | | | Distributed | 1/2 | J | | |
| 391. GAP Inc | | None | | | Distributed | 1/2 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Starbucks Corp | | None | | | Distributed | 1/2 | J | | |
| 393. Trust #5 | D | Dividend | N | T | | | | | |
| 394. Assets of Trust #5 listed as aggregate amount above: | | | | | | | | | |
| 395. Federated Money Market US Treasury Cash Reserves | | | | | | | | | |
| 396. A&T | | | | | Buy | 9/19 | J | | |
| 397. American Express | | | | | Sold | 12/22 | J | | |
| 398. Amgen | | | | | | | | | |
| 399. BP PLC | | | | | | | | | |
| 400. Bank of America | | | | | Sold | 9/16 | J | | |
| 401. CVS Corp | | | | | | | | | |
| 402. Caterpillar | | | | | | | | | |
| 403. Cisco Systems | | | | | | | | | |
| 404. Conoco Phillips | | | | | | | | | |
| 405. Ensco Int'l | | | | | | | | | |
| 406. General Electric | | | | | | | | | |
| 407. Honeywell | | | | | Buy | 12/22 | J | | |
| 408. Jacobs Engineering | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Kinder Morgan Energy | | | | | | | | - | |
| 410. Kohls | | | | | | | | | |
| 411. McDonalds | | | | | | | | | |
| 412. Medtronic Inc | | | | | | | | | |
| 413. Microsoft | | | | | | | | | |
| 414. Oracle Systems | | | | | | | | | |
| 415. Proctor & Gamble | | | | | | | | | |
| 416. Wells Fargo | | | | | Buy | 12/22 | J | | |
| 417. Textron | | | | | Sold | 12/22 | J | | |
| 418. WesMark Bond Fund #556 | | | | | | | | | |
| 419. Wrigley Jr | | | | | Sold | 10/7 | J | C | |
| 420. Transocean Inc | | | | | PrtSell | 1/10 | J | A | |
| 421. Transocean Inc | | | | | Sold | 9/17 | K | D | |
| 422. Trust #6 | F | Dividend | P1 | T | | | | | |
| 423. Assets Of Trust #6 listed as aggregate above: | | | | | | | | | |
| 424. Federated Money Market US Treasury Reserves | | | | | | | | | |
| 425. AT&T | | | | | Buy | 9/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. American Express | | | | | Sold | 12/22 | K | | |
| 427. Amgen | | | | | | | | | |
| 428. Apache | | | | | | | | | |
| 429. Apple Computer | | | | | Buy | 12/22 | K | | |
| 430. BP PLC | | | | | | | | | |
| 431. Bristol Myers Squibb | | | | | | | | | |
| 432. Caterpillar | | | | | | | | | |
| 433. Chicago Bridge & Iron | | | | | Sold | 12/22 | K | | |
| 434. Ciena | | | | | Sold | 12/22 | K | | |
| 435. Cisco Systems | | | | | | | | | |
| 436. Coca Cola Co | | | | | Buy | 9/19 | K | | |
| 437. Conoco Phillips | | | | | | | | | |
| 438. Devon Energy | | | | | | | | | |
| 439. Ensco Int'l Inc | | | | | | | | | |
| 440. Emerson Int'l | | | | | | | | | |
| 441. Federated Total Return Bond Fund | | | | | Buy | 9/26 | K | | |
| 442. Fluor Corp | | | | | Buy | 12/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. General Electric | | | | | | | | | |
| 444. General Mills | | | | | | | | | |
| 445. Hewlwtt Packard | | | | | Buy | 9/19 | K | | |
| 446. IBM | | | | | | | | | |
| 447. JP Morgan Chase & Co | | | | | | | | | |
| 448. Jacobs Engineering | | | | | Buy | 9/19 | K | | |
| 449. Proctor & Gamble | | | | | | | | | |
| 450. Kinder Morgan Energy | | | | | | | | | |
| 451. Kohls | | | | | | | | | |
| 452. McDonalds | | | | | | | | | |
| 453. Medtronic Inc | | | | | | | | | |
| 454. Starwood Hotels & Resorts | | | | | Sold | 9/19 | J | | |
| 455. Transocean, Inc | | | | | Sold (part) | 4/10 | J | A | |
| 456. Transocean, Inc | | | | | Sold | 9/19 | K | E | |
| 457. Vanguard Emerging VIP | | | | | | | | | |
| 458. WesMark Bond Fund #556 | | | | | Buy | 9/26 | L | | |
| 459. Wrigley Jr | | | | | Sold | 10/7 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Wyeth | | | | | Sold (part) | 9/19 | L | F | |
| 461. XTO Energy | | | | | Buy | 12/22 | K | | |
| 462. Ingersol Rand | | | | | | | | | |
| 463. Weatherford Intl | | | | | Buy | 12/22 | K | | |
| 464. Trust #7 | G | Dividend | P2 | T | | | | | |
| 465. Assets of Trust #7 listed as aggregate amount above: | | | | | | | | | |
| 466. Wesmark WV Muni Bd Fnd #548 | | | | | Sold (part) | 1/18 | J | A | |
| 467. American Express | | | | | Buy | 5/30 | L | | |
| 468. American Express | | | | | Sold | 10/15 | K | | |
| 469. Wesmark Small Co Growth Fd #391 | | | | | Buy | 3/27 | J | | |
| 470. Wesmark Small Co Growth Fd #391 | | | | | Buy | 5/30 | L | | |
| 471. AT&T | | | | | | | | | |
| 472. Apple Computer | | | | | Buy | 5/30 | L | | |
| 473. Archer Daniels Midland | | | | | Buy | 5/30 | L | | |
| 474. Amgen | | | | | Sold | 5/30 | L | | |
| 475. Anheuser Busch | | | | | Sold | 11/18 | M | F | |
| 476. BP PLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Bristol-Myers Squibb Co. | | | | | | | | | |
| 478. Celgene | | | | | Buy | 10/15 | L | | |
| 479. Conoco Phillips | | | | | | | | | |
| 480. Chevron Corp (formerly ChevronTexaco Corp) | | | | | | | | | |
| 481. Chicago Bridge & Iron Co | | | | | Buy | 10/15 | L | | |
| 482. Chicago Bridge & Iron Co | | | | | Sold (part) | 11/18 | J | | |
| 483. Ciena Corp | | | | | Sold | 5/30 | L | | |
| 484. Cisco Systems | | | | | | | | | |
| 485. Corning | | | | | | | | | |
| 486. Costco | | | | | | | | | |
| 487. CVS Corp | | | | | Sold | 5/30 | L | E | |
| 488. DRS Technologies Inc | | | | | Sold (part) | 5/12 | K | D | |
| 489. DRS Technologies Inc | | | | | Sold | 5/30 | K | E | |
| 490. Deere & Co | | | | | Buy | 10/15 | L | | |
| 491. EMC Corp | | | | | | | | | |
| 492. EOG Resources | | | | | Sold (part) | 5/30 | N | G | |
| 493. Fiserv | | | | | Sold | 10/15 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. General Electric Co. | | | | | | | | | |
| 495. Goldman Sachs Group Inc | | | | | Sold | 12/29 | L | | |
| 496. Harris Corp | | | | | | | | | |
| 497. Harbor Int'l Fund | | | | | Buy | 5/30 | M | | |
| 498. Harbor Int'l Fund | | | | | Buy | 12/19 | J | | |
| 499. Harbor Int'l Fund | | | | | Sold (part) | 12/26 | M | | |
| 500. 3M | | | | | | | | | |
| 501. IBM | | | | | | | | | |
| 502. Kemet | | | | | Sold | 10/15 | J | | |
| 503. McDonalds | | | | | | | | | |
| 504. Microsoft Corp | | | | | | | | | |
| 505. Omnicom Group | | | | | Sold | 5/30 | K | C | |
| 506. Oracle Systems | | | | | Buy | 5/30 | K | | |
| 507. Parker-Hannifin | | | | | | | | | |
| 508. Pepsico Inc | | | | | | | | | |
| 509. Proctor & Gamble Co | | | | | | | | | |
| 510. Texas Instruments Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Textron Inc | | | | | | | | | |
| 512. United Technologies | | | | | | | | | |
| 513. United Parcel Service CL B | | | | | Sold | 5/30 | M | B | |
| 514. WesBanco, Inc. | | | | | | | | | |
| 515. Western Union | | | | | Sold | 10/15 | K | D | |
| 516. Wyeth | | | | | | | | | |
| 517. Zimmer Holdings Inc | | | | | | | | | |
| 518. Cooper Industries LTD | | | | | | | | | |
| 519. Trust #8 | F | Dividend | P1 | T | | | | | |
| 520. Assets of Trust #8 listed as aggregate amount above: | | | | | | | | | |
| 521. Amgen | | | | | Sold | 5/30 | M | D | |
| 522. Anheuser Busch | | | | | Sold | 11/18 | L | D | |
| 523. Apple Computer | | | | | Buy | 5/30 | L | | |
| 524. Archer Daniels Midland | | | | | Buy | 5/30 | L | | |
| 525. Celgene | | | | | Buy | 10/15 | L | | |
| 526. Chevron Corp (formerly ChevronTexaco) | | | | | | | | | |
| 527. Chicago Bridges & Iron Co | | | | | Buy | 10/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Chicago Bridges & Iron Co | | | | | Sold (part) | 11/18 | J | | |
| 529. Ciena Corp | | | | | Sold | 5/30 | K | | |
| 530. Cisco Systems | | | | | | | | | |
| 531. Conoco Phillips | | | | | | | | | |
| 532. Costco Wholesale Corp | | | | | | | | | |
| 533. Corning | | | | | | | | | |
| 534. CVS Corp | | | | | Sold | 5/30 | K | D | |
| 535. DRS Technologies Inc | | | | | Sold (part) | 5/12 | K | D | |
| 536. DRS Technologies Inc | | | | | Sold | 5/30 | K | E | |
| 537. Deere & Co | | | | | Buy | 10/15 | L | | |
| 538. Exxon Mobil Corp | | | | | | | | | |
| 539. Fiserv | | | | | Sold | 10/15 | L | C | |
| 540. General Electric Co common | | | | | | | | | |
| 541. Goldman Sachs Group Inc | | | | | Sold | 12/29 | K | | |
| 542. Harbor Int'l Fund | | | | | Buy | 5/30 | L | | |
| 543. Harbor Int'l Fund | | | | | Buy | 12/19 | J | | |
| 544. Harbor Int'l Fund | | | | | Sold (part) | 12/26 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  Hewlett Packard | | | | | Buy | 10/15 | K | | |
| 546.  Linear Tech. Corp. | | | | | Sold | 12/29 | L | E | |
| 547.  McDonalds | | | | | | | | | |
| 548.  Microsoft, Corp | | | | | | | | | |
| 549.  3M | | | | | | | | | |
| 550.  Pepsico Inc common | | | | | | | | | |
| 551.  Proctor & Gamble | | | | | | | | | |
| 552.  Texas Instruments | | | | | | | | | |
| 553.  Textron Inc | | | | | | | | | |
| 554.  United Parcel Service | | | | | Sold | 5/30 | L | B | |
| 555.  United Technologies Corp | | | | | | | | | |
| 556.  Wesbanco | | | | | | | | | |
| 557.  Wesmark WV Muni Bond Fund #548 | | | | | | | | | |
| 558.  WesMark Small Co Growth Fund | | | | | Buy | 3/27 | J | | |
| 559.  WesMark Small Co Growth Fund | | | | | Buy | 5/30 | K | | |
| 560.  EMC Corp | | | | | | | | | |
| 561.  Wyeth | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Trust #9 | E | Dividend | O | T | | | | | |
| 563. Assets of Trust #9 listed as aggregate amount above: | | | | | | | | | |
| 564. Allergan Inc | | | | | Sold | 10/15 | K | | |
| 565. American Express | | | | | Buy | 5/30 | K | | |
| 566. American Express | | | | | Sold | 10/15 | J | | |
| 567. Air Products & Chemicals | | | | | Buy | 5/30 | K | | |
| 568. Apache | | | | | Buy | 10/15 | J | | |
| 569. Apple Computer | | | | | Buy | 5/30 | K | | |
| 570. Archer Daniels Midland | | | | | Buy | 5/30 | K | | |
| 571. BP PLC | | | | | | | | | |
| 572. Celgene | | | | | Buy | 10/15 | K | | |
| 573. Chicago Bridge & Iron Co | | | | | Buy | 10/15 | K | | |
| 574. Chicago Bridge & Iron Co | | | | | Sold (part) | 11/18 | J | | |
| 575. Cisco Systems | | | | | Sold (part) | 5/30 | L | E | |
| 576. Corning | | | | | | | | | |
| 577. Costco Wholesale Corp | | | | | | | | | |
| 578. CVS Corp | | | | | Sold | 5/30 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. DRS Technologies | | | | | Sold (part) | 5/12 | J | B | |
| 580. DRS Technologies | | | | | Sold | 5/30 | J | C | |
| 581. Deere & Co | | | | | Buy | 10/15 | K | | |
| 582. Emerson Electric | | | | | | | | | |
| 583. Ensco Int'l | | | | | | | | | |
| 584. Fiserv | | | | | Sold | 10/15 | K | B | |
| 585. Goldman SachsGroup, Inc | | | | | Sold | 12/29 | K | | |
| 586. Haliburton | | | | | Buy | 10/15 | K | | |
| 587. Harbor Int'l Fund | | | | | Buy | 5/30 | K | | |
| 588. Harbor Int'l Fund | | | | | Buy | 12/19 | J | | |
| 589. Harbor Int'l Fund | | | | | Sold (part) | 12/26 | L | | |
| 590. McDonalds | | | | | | | | | |
| 591. Omnicom Group | | | | | Sold | 5/30 | K | B | |
| 592. 3M | | | | | | | | | |
| 593. Pepsico | | | | | | | | | |
| 594. Starwood Hotels & Resorts | | | | | Sold | 10/15 | J | | |
| 595. Texas Instruments | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Textron, Inc | | | | | | | | | |
| 597. United Technologies | | | | | | | | | |
| 598. Valero Energy | | | | | Sold | 5/30 | K | | |
| 599. WesMark WV Muni #548 | | | | | | | | | |
| 600. WesMark Small Co Growth Fund | | | | | Buy | 3/27 | J | | |
| 601. WesMark Small Co Growth Fund | | | | | Buy | 5/30 | K | | |
| 602. WesBanco | | | | | | | | | |
| 603. Western Union | | | | | Sold | 10/15 | K | B | |
| 604. EMC Corp | | | | | | | | | |
| 605. EOG Resources | | | | | Sold (part) | 5/30 | L | F | |
| 606. Transocean Inc | | | | | PrtSell | 1/10 | J | A | |
| 607. Trust #10 (Security National) | E | Dividend | P1 | T | | | | | |
| 608. Assets of Trust #10 listed as aggregate above | | | | | | | | | |
| 609. AT&T | | | | | | | | | |
| 610. Abbott Labs | | | | | Buy | 9/15 | K | | |
| 611. Affiliated Computer | | | | | | | | | |
| 612. Air Prods & Chems Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Amgen | | | | | | | | | |
| 614. Bank of NY Mellon | | | | | Buy | 9/15 | K | | |
| 615. Bank of America | | | | | Sold | 7/16 | J | | |
| 616. Boeing | | | | | | | | | |
| 617. CVS Corp | | | | | | | | | |
| 618. Colgate Palmolive | | | | | | | | | |
| 619. Computer Sciences | | | | | | | | | |
| 620. Conocophillips | | | | | Sold | 9/10 | K | | |
| 621. Devon Energy | | | | | | | | | |
| 622. Dominion Resources | | | | | | | | | |
| 623. Dow Chemical | | | | | | | | | |
| 624. Duke Energy Corp | | | | | | | | | |
| 625. EMC Corp | | | | | | | | | |
| 626. Eddison Int'l | | | | | Sold | 9/10 | K | | |
| 627. Emerson Electric Co Com | | | | | | | | | |
| 628. Exxon Mobil | | | | | | | | | |
| 629. Fedex | | | | | Sold | 12/22 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. FHLM 5.25% | | | | | Sold | 1/22 | K | | |
| 631. FHLM 4.05% | | | | | Sold | 2/6 | L | | |
| 632. FHLB 4.50% | | | | | Sold | 2/13 | L | | |
| 633. General Electric | | | | | | | | | |
| 634. Intel | | | | | | | | | |
| 635. IBM | | | | | | | | | |
| 636. Johnson & Johnson | | | | | | | | | |
| 637. Kimberly Clark | | | | | | | | | |
| 638. Federated Prime Obligations | | | | | | | | | |
| 639. Omnicom Gr | | | | | | | | | |
| 640. Oracle | | | | | | | | | |
| 641. Pepsico Inc | | | | | | | | | |
| 642. Proctor & Gamble | | | | | | | | | |
| 643. Progress Energy | | | | | Buy | 9/15 | K | | |
| 644. PNC Financial Svcs Group | | | | | | | | | |
| 645. Quest Diagnostics | | | | | | | | | |
| 646. Thermo Fisher Scientific Inc | | | | | Buy | 9/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. United Technologies | | | | | | | | | |
| 648. Verizon Communications | | | | | | | | | |
| 649. Fairpoint Communications | | | | | Spinoff (from line 649) | 4/4 | J | | |
| 650. Fairpoint Communications | | | | | Sold (part) | 4/18 | J | | |
| 651. Fairpoint Communications | | | | | Sold | 7/16 | J | | |
| 652. Zimmer Holdings | | | | | Buy | 12/26 | K | | |
| 653. Trust #11 (Security Nat'l) | E | Int./Div. | O | T | | | | | |
| 654. Assets of Trust #11 listed as aggregate above | | | | | | | | | |
| 655. Federal Prime - Obligations | | | | | | | | | |
| 656. FHLB 4.5% due 10/14/08 | | | | | Matured | 10/14 | K | A | |
| 657. FHLB 4.625% due 8/15/12 | | | | | | | | | |
| 658. FHLB 3.375% due 2/27/13 | | | | | Buy | 9/15 | L | | |
| 659. FHLB 4.5% due 3/26/15 | | | | | Buy | 9/19 | K | | |
| 660. FHLB 4.75% due 11/14/14 | | | | | Buy | 10/31 | K | | |
| 661. FNMA 4.5% due 2/15/11 | | | | | | | | | |
| 662. General Electric 3.3% due 1/15/08 | | | | | Matured | 1/15 | K | | |
| 663. Tennessee Valley 4.7% due 7/15/08 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. United Parcel Svc 4% due 7/15/13 | | | | | | | | | |
| 665. Caterpillar Finl Note 4.25% due 2/15/13 | | | | | | | | | |
| 666. AT&T | | | | | Buy | 9/15 | J | | |
| 667. Abbott Labs | | | | | Buy | 9/15 | J | | |
| 668. Affiliated Computer | | | | | | | | | |
| 669. AFLAC | | | | | Sold | 9/4 | J | | |
| 670. Air Prods & Chems Inc | | | | | | | | | |
| 671. Archer Daniels Midland | | | | | Sold | 9/10 | J | | |
| 672. Amgen Inc | | | | | | | | | |
| 673. Bank of America | | | | | Sold | 7/16 | K | | |
| 674. Bank of NY Mellon | | | | | Buy | 9/15 | K | | |
| 675. Best Buy | | | | | | | | | |
| 676. BHP Billiton LTD | | | | | | | | | |
| 677. Boeing Co | | | | | | | | | |
| 678. BP PLC | | | | | | | | | |
| 679. CVS | | | | | | | | | |
| 680. ChevronTexaco Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Cisco | | | | | | | | | |
| 682. Colgate Palmolive | | | | | | | | | |
| 683. Constellation | | | | | | | | | |
| 684. Conocophillips | | | | | | | | | |
| 685. Duke Energy | | | | | | | | | |
| 686. Thermo Fisher | | | | | | | | | |
| 687. Emerson Electric | | | | | | | | | |
| 688. General Electric Co | | | | | | | | | |
| 689. IBM | | | | | | | | | |
| 690. Intel Corp | | | | | Buy | 12/29 | J | | |
| 691. Johnson & Johnson | | | | | Buy | 9/15 | J | | |
| 692. Microsoft | | | | | Buy | 12/26 | J | | |
| 693. Omnicom Group | | | | | | | | | |
| 694. Pepsico Inc | | | | | | | | | |
| 695. Proctor & Gamble | | | | | | | | | |
| 696. Progress Energy | | | | | | | | | |
| 697. Quest Diagnostics | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Schlumberger Ltd | | | | | Buy | 12/26 | J | | |
| 699. 3M Com | | | | | | | | | |
| 700. United Technologies | | | | | Buy | 1/2 | J | | |
| 701. Verizon Communications | | | | | Buy | 9/15 | J | | |
| 702. Weatherford Inc | | | | | Sold | 12/22 | J | | |
| 703. Zimmer Holdings | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544